JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| JOHN KERR, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>FROM YOU FLOWERS, LLC, a Delaware limited liability company, and DOES 1-50, inclusive,<br><br>Defendants. | CASE NO. 2:16-cv-00935-MWF-E<br><br>**ORDER OF DISMISSAL PURSUANT TO FED. R. CIV. P. 41** |

1  Pursuant to the Stipulation of Dismissal Pursuant to Fed. R. Civ. P. 41:
2  IT IS ORDERED that the above-captioned action is hereby dismissed with
3  prejudice as to the individual claims of John Kerr, and without prejudice as to the
4  claims of putative class members.
5  IT IS SO ORDERED.

7  Dated: MAY 12, 2016
   _____
8  UNITED STATES DISTRICT COURT
   JUDGE MICHAEL W. FITZGERALD